

FILED

SEP 1 4 2023

Clerk, U.S. District Court
District Of Montana
Great Falls

**WENDY A. JOHNSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:    (406) 761-7715
Fax:      (406) 453-9973
E-mail:   Wendy.Johnson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AVERY JORDON BOE,<br><br>Defendant. | CR 23-86-GF-BMM<br><br>INDICTMENT<br><br>ASSAULT WITH INTENT TO COMMIT MURDER (Count 1)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(1)<br>(Penalty: Twenty years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>DOMESTIC ASSAULT BY HABITUAL OFFENDER<br>(Counts 2 and 7)<br>Title 18 U.S.C. § 117<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |

1

|  | ASSAULT RESULTING IN SERIOUS BODILY INJURY (Counts 3 and 8)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(6)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY TO A SPOUSE AND DATING AND INTIMATE PARTNER<br>(Counts 4 and 9)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(7)<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>STRANGULATION (Count 5)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(8)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>ASSAULT WITH A DANGEROUS WEAPON (Counts 6 and 10)<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(3)<br>(Penalty:  Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That on or about April 29, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY

2

JORDON BOE, an Indian person, with the intent to commit murder, intentionally assaulted Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(1).

## COUNT 2

That on or about April 29, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, intentionally committed a domestic assault against Jane Doe, after having a final conviction on at least two separate occasions for offenses under 18 U.S.C. § 117(a)(1) and (2), all in violation of 18 U.S.C. § 117.

## COUNT 3

That on or about April 29, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, an Indian person, intentionally assaulted Jane Doe, said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

## COUNT 4

That on or about April 29, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY

JORDON BOE, an Indian person, intentionally assaulted Jane Doe, a spouse and intimate and dating partner of the defendant, AVERY JORDON BOE, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

## COUNT 5

That on or about April 29, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, an Indian person, assaulted Jane Doe, a spouse and intimate and dating partner of the defendant, by strangling Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

## COUNT 6

That on or about April 29, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, an Indian person, with the intent to do bodily harm, intentionally assaulted Jane Doe, with a dangerous weapon, that is a rock, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

## COUNT 7

That on or about August 26, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, intentionally committed a domestic assault against Jane Doe, after having a final conviction on at least two separate occasions for offenses under 18 U.S.C. § 117(a)(1) and (2), all in violation of 18 U.S.C. § 117.

## COUNT 8

That on or about August 26, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, an Indian person, intentionally assaulted Jane Doe, said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

## COUNT 9

That on or about August 26, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, an Indian person, intentionally assaulted Jane Doe, a spouse and intimate and dating partner of the defendant, AVERY JORDON BOE, said assault

resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

## COUNT 10

That on or about August 26, 2021, near Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, AVERY JORDON BOE, an Indian person, with the intent to do bodily harm, intentionally assaulted Jane Doe, with a dangerous weapon, that is a knife, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
JESSE A. LASLOVICH
United States Attorney

_____
for CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney